## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:22-CV-1678-RBD-DAB

Plaintiffs:
RONALD J. SALAZAR, ANTONIO J. SCARAMELLA

vs.

Defendants:
MAR TILE DESIGN CORP. and JOSE J. HERRERA


MIE2022005232

For:
Zandro Palma
THE LAW OFFICE OF ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156

Received by Lindsey Legal Services, Inc. on the 21st day of September, 2022 at 6:40 am to be served on **JOSE J. HERRERA, 5469 ORANGE ORCHARD DR., WINTER GARDEN, FL 34787**.

I, Phil Dennington, do hereby affirm that on the **29th day of October, 2022 at 9:45 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Collective Action Complaint** with the date and hour of service endorsed thereon by me, to: **JOSE J. HERRERA** at the address of: **5469 ORANGE ORCHARD DR., WINTER GARDEN, FL 34787**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

Phil Dennington
#0161

Lindsey Legal Services, Inc.
7105 SW 8th St.
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: MIE-2022005232
Ref: 2022002130

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i