UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONELD J. SALAZAR; and
ANTONIO J. SCARAMELLA,

    Plaintiffs,

v.                                                        Case No. 6:22-cv-1678-RBD-RMN

MAR TILE DESIGN CORP.; and
JOSE J. HERRERA,

    Defendants.
_____

## ORDER

In this Fair Labor Standards Act case, the parties jointly moved for approval of their settlement agreement. (Doc. 29 ("Motion"); Doc. 29-1 ("Agreement").) On referral, U.S. Magistrate Judge Robert M. Norway recommends the Court grant the Motion. (Doc. 32 ("R&R").) The parties filed a joint notice of no objection (Doc. 33), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 32) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 29) is **GRANTED**.

3. The Agreement (Doc. 29-1) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 14, 2023.

ROY B. DALTON JR.
United States District Judge